UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-24070

ELIANIS ADAN,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

**COMPLAINT and DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff ELIANIS ADAN, by and through the undersigned attorneys, and sues Defendant UNITED STATES OF AMERICA, and alleges as follows:

**PARTIES**

1. At all times material hereto, Plaintiff ELIANIS ADAN ("Plaintiff") was and is a citizen of the United States of America and a resident of Miami-Dade County, Florida.

2. At all times material hereto, Defendant UNITED STATES OF AMERICA ("Defendant" or "USA") operated the United States Postal Service, the entity that owned the 2001 Ford involved in the motor vehicle crash described further herein and also employed non-party JAMESHA FERRELLL who was operating the 2001 Ford within the course and scope of her employment at the time of the motor vehicle crash described further herein.

**JURISDICTION AND VENUE**

3. The subject matter jurisdiction of this Honorable Court is predicated upon the Federal Tort Claims Act, Section 2671 through 2680 of Title 28 of the United States Code which deems the Defendant UNITED STATES OF AMERICA, liable under the Federal Tort Claims Act

("FTCA") for the actions of employees of the federal government including, but not limited to, employees of the United States Postal Service, as entities of the federal government.

4. Jurisdiction is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1346(b)(1).

5. Venue is properly within this District under 28 U.S.C. §1402(b) as the acts or omissions complained of occurred in the Southern District of Florida and Plaintiff resides within the Southern District of Florida.

6. On or around May 24, 2022, Plaintiff submitted an Administrative Claim for the claim set forth below to the United States Postal Service pursuant to 28 U.S.C. §2401(b).

7. Pursuant to 28 U.S.C. §2675, the United States Postal Service was allowed six (6) months to complete its administrative investigation but the United States Postal Service has failed to make a final disposition of this claim within those six (6) months.

8. At least six (6) months have elapsed and all conditions precedent to a Federal Tort Claims Act have been met.

## GENERAL ALLEGATIONS

9. At all times material hereto, non-party JAMESHA FERRELLL was an employee and/or agent of the United States Postal Service and was operating a 2001 Ford vehicle owned by the United States Postal Service while in the course and scope of her employment.

10. At all times material hereto, non-party JAMESHA FERRELLL owed a duty to the general public and other motorists, including the Plaintiff, to operate and/or maintain the vehicle she was operating in a reasonable and safe manner.

11.     On or about May 7, 2021, Plaintiff was operating her motor vehicle and traveling westbound on Southwest 6th Street at or near the intersection with Southwest 21st Avenue in Miami, Miami-Dade County, Florida.

12.     At the aforementioned time and place, non-party JAMESHA FERRELLL, whle acting in the course and scope of her employment with the United States Postal Service, negligently operated the aforementioned 2001 Ford and violated the above duty of care by failing to properly observe her surroundings, failing to keep a proper lookout, making an unsafe turn from Southwest 21st Avenue, violating Plaintiff's right of way while she traveled on Southwest 6th Street, and thereby causing a collision between the 2001 Ford and Plaintiff's vehicle.

13.     As a direct and proximate result of the negligence of non-party JAMESHA FERRELLL, Plaintiff ELIANIS ADAN suffered bodily injuries, disability, discomfort, pain and suffering, mental anguish, loss of capacity for the enjoyment of life, loss of wages, and loss of wage earning capacity, and aggravation of pre-existing conditions, all of which conditions are continuing or are permanent in nature. Furthermore, Plaintiff ELIANIS ADAN was forced to incur hospital, medical, surgical and/or nursing expenses in the past and will be required to incur such costs in the future for the care and treatment of the injuries received in this accident.

**COUNT I – Vicarious Liability against Defendant UNITED STATES OF AMERICA under Respondent Superior by Plaintiff ELIANIS ADAN**

Plaintiff ELIANIS ADAN, by reference, reiterates and adopts paragraphs 1 through 13 and further states:

14.     At all times material hereto, Defendant UNITED STATES OF AMERICA was and is responsible for the negligence of its employees, including that of non-party JAMESHA FERRELL, and/or its agents under the doctrine of *respondeat superior*.

15.     At the aforementioned time and place, non-party JAMESHA FERRELLL, whle

acting in the course and scope of her employment with the United States Postal Service, negligently operated the aforementioned 2001 Ford and violated the above duty of care by failing to properly observe her surroundings, failing to keep a proper lookout, making an unsafe turn from Southwest 21st Avenue, violating Plaintiff's right of way while she traveled on Southwest 6th Street, and thereby causing a collision between the 2001 Ford and Plaintiff's vehicle.

16. As a direct and proximate result of the negligence of non-party JAMESHA FERRELLL, Plaintiff ELIANIS ADAN suffered bodily injuries, disability, discomfort, pain and suffering, mental anguish, loss of capacity for the enjoyment of life, loss of wages, and loss of wage earning capacity, and aggravation of pre-existing conditions, all of which conditions are continuing or are permanent in nature. Furthermore, Plaintiff ELIANIS ADAN was forced to incur hospital, medical, surgical and/or nursing expenses in the past and will be required to incur such costs in the future for the care and treatment of the injuries received in this accident.

WHEREFORE, Plaintiff ELIANIS ADAN., individually, demands judgment against Defendant UNITED STATES OF AMERICA for damages, costs, and trial by jury for all issues so triable.

Respectfully submitted this 15th day of December, 2022.

> Madalon Law
> Attorneys for the Plaintiff
> 100 North Federal Highway, Suite CU-5,
> Fort Lauderdale, Florida 33301
> Telephone: 954.923.0072
> Facsimile: 954.923.0074
> Email: pleadings@madalonlaw.com
>
> By:   */s/ Joseph Madalon*
>       Joseph C. Madalon, Esquire
>       FBN: 735485

[PI-21-18692/1248329/1]

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 17, 2022, I filed the foregoing document with the Clerk of the Court via electronic filing. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via E-Mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      Madalon Law
Attorneys for Plaintiff
100 North Federal Hwy.,
Suite CU-5, 4th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 923-0072
Facsimile: (954) 923-0074
Email: pleadings@madalonlaw.com

By: */s/ Joseph Madalon*___
Joseph Madalon, Esq.
Florida Bar Number 735485